# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ALEJANDRO JIMENEZ-MENDEZ, et al.,<br><br>                Defendant. | Criminal Case No. 06cr1293-BTM<br><br>ORDER RE: CJA VOUCHER |

FILED SEP - 5 2006 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

    This matter came before the court on the application of Linda A. King, Esq. for approval of two CJA vouchers in the amounts of $3,100.40 and $3,063.60 in fees, respectively, for representing two material witnesses in the above-captioned case. A Motion To Approve Attorney's Fees Requested and Order accompanied the vouchers. 18 U.S.C. § 3006A(d)(2) provides that the maximum fee for representation of a material witness is $1,500.00, per witness unless the court finds that the representation was extended or complex.

    After reviewing the record and Ms. King's supporting documents, the Motion To Approve Attorney's Fees Requested is granted in part and denied in part. The court finds that the representation was in an extended or complex case and that the reduced amount is necessary to provide fair compensation. See 18 U.S.C. § 3006(A)(d)(3). Therefore the district court approves the vouchers in the amounts of $2,980.80 and $2,944.00 in fees, respectively, for a total of $5,924.80.

    Approval of such payment by the Chief Judge of the Ninth Circuit, or one of her delegates, is also necessary.

**IT IS SO ORDERED.**

Dated: 8/31/06

HONORABLE BARRY TED MOSKOWITZ
United States District Judge

06cr1293